**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEXANDER J. HARWIN, SB# 225254
  E-Mail: Alexander.Harwin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

JESSICA F. HAHN, SB# 199269
  E-Mail: Jessica.Hahn@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendant, AIDS Healthcare Foundation

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALISHA LUCERO, DONAT RICKETTS, VIRTNAND MULLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>AIDS HEALTHCARE FOUNDATION, a California Corporation d/b/a The Madison Hotel; STATEWIDE ENTERPRISES, INC., a California corporation and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-09418-FMO-AFM<br><br>**ORDER GRANTING STIPULATION [31] TO REMAND FROM FEDERAL COURT TO STATE COURT**<br><br>The Hon. Fernando M. Olguin, Crtrm 6D<br><br>Complaint Filed: 11/5/2018<br><br>Trial Date:   None Set |

TO THIS HONORABLE COURT, PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

Before the Court, the parties' stipulation that the above-entitled matter be remanded to the California Superior Court, Los Angeles County. Good cause appearing therefor, the Court Orders as follows:

/ / /

4831-6077-1478.1

1. Due to the dismissal filed by former plaintiff Virtnand Mullen, the United States District Court no longer possesses jurisdiction over this case.
2. The above-entitled matter be remanded to the California Superior Court, Los Angeles County.
3. Each party shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent removal of the action pursuant to this Stipulation and Order.
4. All pending deadlines and hearings in this case should be taken off the Court's calendar.

**IT IS SO ORDERED.**

Dated: May 7, 2019  _____/s/_____
Hon. Fernando M. Olguin,
United States District Judge