1   SPERTUS, LANDES & UMHOFER, LLP
    Matthew Donald Umhofer (SBN 206607)
2   Elizabeth A. Mitchell (SBN 251139)
    1990 S. Bundy Drive, Suite 705
3   Los Angeles, CA 90025
    Telephone: (310) 826-4700
4   Facsimile: (310) 826-4711
    mumhofer@spertuslaw.com
5   emitchell@spertuslaw.com

6   *Attorneys for Intervenors DTLA ALLIANCE FOR HUMAN RIGHTS, JOSEPH*
    *BURK, HARRY TASHDIJIAN, KARYN PINSKY, CHARLES MALOW, and*
7   *CHARLES VAN SCOY*

8

9

10              **UNITED STATES DISTRICT COURT**

11       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12   CARL MITCHELL, MICHEAL            Case No. CV16-01750 SJO (JPRx)
     ESCOBEDO, SALVADOR ROQUE,         *[Assigned to the Honorable S. James*
13   JUDY COLEMAN, as individuals;     *Otero, Courtroom 10C]*
     LOS ANGELES CATHOLIC
14   WORKER, CANGRESS, as              **DECLARATION OF JOSEPH**
     organizations,                    **BURK, HARRY TASHDIJIAN**
15                                     **KARYN PINSKY, CHARLES**
                   PLAINTIFFS,         **MALOW, CHARLES VAN SCOY,**
16                                     **HAROLD BASTIAN, ROBERT**
     v.                               **SMILAND, DONALD SHAW,**
17                                     **KYLE HARPT, LARRY RAUCH,**
     CITY OF LOS ANGELES, a            **MARK SHINBANE, AND**
18   municipal entity; LT. ANDREW      **GALVESTER GAULDING IN**
     MATHIS, SGT. HAMER and SGT.       **SUPPORT OF NOTICE OF**
19   RICHTER, in their individual and  **MOTION AND MOTION TO**
     official capacities,              **INTERVENE FOR LIMITED**
20                                     **PURPOSE OF OBJECTING TO**
                   DEFENDANTS.         **SETTLEMENT; and**
21                                     **INTERVENORS' NOTICE OF**
                                       **MOTION AND MOTION FOR**
22                                     **RELIEF FROM ORDER OR**
                                       **MODIFICATION THEREOF**
23                                     **UNDER FRCP 41, 46, 59, AND 60**

24

25

26

27

28

―――――――――――――――――――――――――――――――――――――――――
           DECLARATIONS IN SUPPORT OF MOTION TO INTERVENE

## DECLARATION OF JOSEPH BURK

I, Joseph Burk, state and declare as follows:

1.    Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2.    I own the building located 606 E. 6th Street, Los Angeles, CA 90021, within the "Designated Area" identified as being subject to the provisions of this lawsuit. I also live there with my wife.

3.    The increased squalor and buildup of property and trash immediately outside my business and home has threatened the well-being of myself, my family, and my business.

4.    I bought the building under a company I created called Location 606, Inc.  Since 2001, the property has been used for residential and commercial purposes. My property is primarily rented for film, television, commercial and music video production.  I also use the property to produce television shows. Until 2017 I rented part of the property to tenants; however due to the conditions in the Designated Area I can no longer get a tenant to occupy the property and I live there myself.

5.    I pay property taxes to the City of Los Angeles and cannot use the sidewalks around my own property.  The environment around my residence has become unlivable and my business, and the reputation of my business, has been destroyed.

6.    Production companies have stopped using my property for shoots due to the poor conditions in the area.  These companies have cited the incessant loud music emanating from tents, heaps of trash littering the streets, and the obstruction of the sidewalks as reasons they no longer wish to film on my property.  For example, most companies will have heavy equipment they need to bring into my property on wheels, but are unable to access my property or use the

-1-

DECLARATION OF JOSEPH BURK

sidewalks to roll their equipment.  On at least one occasion, the film crew was never able to bring their equipment inside at all and demanded their money back.

7.      On October 11, 2016, I received the following e-mail from an agent with a huge international shoe brand "After driving past your place on 6th and Crocker yesterday I can no longer present your property for upcoming commercial shoots.  The homeless condition directly around your property is out of control and I wouldn't feel safe bringing any film crew into that area."

8.      On October 24, 2016, I received an email from another local production company stating, "Sorry the scout left before going inside to see your space today.  He told me that when he showed up, he could barely walk down the street [be]cause there were so many homeless tents and people around.  He said it would be a nightmare to try and film there and didn't want to put the option in front of the director.  Also, wouldn't be appealing to bring the client there due to all the homeless people."

9.      On February 7, 2017, I received an email from an individual who had hoped to use my property for a Fox TV Pilot.  The e-mail stated, "Thank you for showing [interested client] your place.  She really liked it.  But she is concerned about the neighborhood because her show has a big star attached.  Thanks again."

10.     On June 27, 2017, another potential client refused to work on our property.  The email noted, "When the location manager showed up with the director, his instant reaction was 'I won't shoot here, because I won't get out of the car[.]'  Due to the severity of the homelessness in your area, I fear you are losing out on a lot of shoots.  I know it[']s out of your hands, but thanks for all your help today."

11.     In addition to its commercial use, and in compliance with the artist-in-residence ordinance, I have lived in the property since 2001. My brother moved in in 2006, and my wife has been living there since early 2018.

DECLARATION OF JOSEPH BURK

12.     From 2003-2017, I had two full-time tenants, a married couple.  In 2003, when they first moved in, there were no tents on the sidewalks and, if there were tents, the police were allowed to enforce the law and ask that the tents be moved.  By 2017, when the tenants moved out, they could barely walk down the sidewalks.

13.     The tenants moved in 2017 due to safety, physical and mental health reasons directly associated with the declining neighborhood.  The amount of noise and trash coming from the encampments had become too much for them.  The wife was harassed a few times and the husband had his bike stolen numerous times.  People would urinate and defecate on the property's fence, which would run down towards their front door.  The tenants frequently came across used needles, left behind from people in the encampments and were calling public safety for individuals overdosing on drugs.

14.     Since those tenants moved out, I have struggled to find a full-time tenant for the property.  People are not interested in renting my property as a home or living space because of the surrounding area.

15.     Every day I find used needles on the sidewalks and on my property.  On days when the sidewalks around my property are cleared by law enforcement, people use the sidewalk to handout food and clothing leaving mounds of trash behind.

16.     My fence has been used as a restroom countless times since there are minimal facilities for the number of people living in front of my property.

17.     The unmanaged urine and feces surrounding my property as well as the rat and bug infestations creates significant health risk.

18.     My fence has been damaged from people pushing large bulky items against it and tying tents and tarps to it.  Most days, I cannot use the sidewalk surrounding my property and the entrances to my property have been blocked by debris.

DECLARATION OF JOSEPH BURK

19.     Law enforcement has told me that they cannot ask the homeless to move their belongings from the sidewalks or from my property.  Because of this, when I have asked people to move their belongings from blocking the entrance to my home I have been threatened, spit on and verbally attacked.

20.     Weekly, I witness public sex, prostitution and/or nudity on 6th Street and Crocker street.

21.     My property gates on Crocker Street get blocked by debris every other Thursday when Los Angeles Sanitation cleans 6th Street.  Also, my property gates on 6th Street get blocked by debris every other Wednesday when Los Angeles Sanitation cleans Crocker Street. This is in addition to times when my gates are otherwise blocked by tents or property.

22.     Since the *Mitchell* case, the conditions around my home have worsened beyond my control and because of the increasing hazards I can no longer invite friends or family over to my property. I cannot reasonably enjoy my home or property. My quality of life has suffered immeasurably.

23.     When I purchased the property in 2001, the sidewalks were clear. Today, the street where I live is unsafe, it is unsanitary, and the abundance of personal belongings restrict access in and out of my property.

24.     Insurance on my property is significantly higher than on properties in other areas due to the increased danger surrounding me daily. The building across from me caught on fire from a homeless encampment's open flame; the building down the street recently caught on fire for the same reason.

25.     I have difficulty receiving mail or packages. The postman will not deliver my mail if my mailbox is blocked and will not get out of his truck to deliver mail or packages to my front door because he has said it is not safe. I regularly get my neighbor's mail because the postman simply chooses the mailbox that is not blocked that day to put the entire block's mail in. If everyone's mailbox is blocked, mail is not delivered.

-4-

DECLARATION OF JOSEPH BURK

26.     Food delivery services, including LA Café, will no longer deliver food to my property after dark. Rideshare drivers such as Lyft or Uber will refuse to pick us up or drop us off.

27.     Any attempts to lease or sell my building have been futile because of the conditions surrounding it.

28.     The recent and widely reported Typhus and Hepatitis outbreaks in the area have made potential buyers avoid viewing my listed property.

29.     My property has been listed as "For Sale" since the beginning of 2018.  Despite having numerous interested buyers, the property has not sold.  All potential buyers have cited the dangerous conditions on the surrounding streets and sidewalks as the reason they would not purchase the property.

30.     On January 17, 2018, I received an email from a potential buyer stating, in part, "Just wondering how you're planning to sell it when the homeless are 3 tents deep all around that.  I know that DTLA is working on the problem but isn't the skid row development company super close? . . . [W]hat precautions and what actions can be taken regarding the sidewalks around the property as owners[,] if we were to buy it?"  The email also includes a text message screen shot from a potential buyer stating, "Thanks for letting me know about the sidewalk directly around the building.  I just know that it will make it awfully hard for pedestrians to walk over from the arts district . . . if no one will venture over because the rest of the surrounding streets look like a scene from Mad Max then that could be a hiccup."

31.     On January 30, 2018, I received an email from a potential buyer stating that his client was "worried about the homeless people around [the] property, because his kid will [be] living in there too, so he [has] changed his mind to buy another property . . . ."

-5-

DECLARATION OF JOSEPH BURK

32.     On October 16, 2018, I received an email from one agent stating, "Our client arrived early & saw police & other non desirable elements[.] [T]hat pressure prompted him to call & say he is no longer interested."

33.     In 2018, the City of Los Angeles inquired into the acquisition of my property.  The City would not tell me why they were interested in my property.

34.     In January 2019, I found out from an article in the *Los Angeles Times* that the City was looking to turn my property into a Homeless Hygiene Center.  The City has not made an offer on my property but has released my address to the public.  This has confused me and my clients.

35.     On May 2, 2019, I received an email from a potential client saying, "When I google mapped it (the property) it shows major tent city around the property, is there any update on what the scene is?"

36.     On May 21, 2019, I received an email from a potential buyer stating, "Personally I think this property is great and has huge potential!  But I believe my client is just worried that the homeless issues won't be t[aken] care [of] soon enough and it could cause some problem[s] for the business he's going to do in there."

37.     On May 26, 2019, an email from another potential buyer revealed, "After a lot of research and thought we have decided to pass on the property.  Even though we love the building, I believe the price is too high for us at the moment.  We believe skid row will not change fast enough to really be able to invest there at the moment."

38.     Just last year I spoke to some young men who told me they came to Skid Row from the Valley because they knew they could pitch a tent, buy and use drugs, without any repercussions.  To be clear, they are not homeless, they were simply capitalizing on the drug-haven the Designated Area has become.  This is just one example of the "attractive nuisance" of Skid Row as a result of these policies.

DECLARATION OF JOSEPH BURK

39. The situation in our area has gotten markedly worse in the last three years, both in terms of the concentration of homeless people and incredible build-up of property, debris, rotting food, and human waste.  After reviewing the settlement terms of the *Mitchell* case, which effectively extends the injunction for several more years, I know this situation will only decline further.

40. I have suffered both in terms of my economic interests in my property and also the basic enjoyment of my life. I cannot go outside and walk in my neighborhood. I have to drive even down the street to restaurants or grocery stores. Illegal drug use and street prostitution are rampant now. The gangs and associated violence that have come with unlimited property, and its concomitant anonymity, are terrifying. I cannot open my windows due to the loud sounds and terrible odors day and night.

41. The homeless crisis right outside my building is heartbreaking. What is even more heartbreaking is that the City is allowing it to get worse by way of this settlement.

42. Attached hereto as Exhibits 1-10 are true and correct photographs of the conditions on the sidewalk outside my property on June 12, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this  24th  day of June at Los Angeles, California.

_____
Joseph Burk

-7-

DECLARATION OF JOSEPH BURK

Exhibit 1



Exhibit 2



Exhibit 3



Exhibit 4



Exhibit 5



Exhibit 6



Exhibit 7



Exhibit 8



Exhibit 9



Exhibit 10



## DECLARATION OF HARRY TASHDIJIAN

I, Harry Tashdijian, state and declare as follows:

1.     Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2.     I own the building at 620 Gladys Avenue, Los Angeles, California 90021, along with my father.  This property is a warehouse that consumes half a city block on Gladys Avenue and Ceres Avenue, and is within the "Designated Area" referenced in the settlement in this case.

3.     I bought the building in 2013.  My company, Veteran Company, an upholstery supplier for automobiles, operates out of this building.  At all times, this building houses millions of dollars of inventory.

4.     When I purchased the building, tents were not allowed on the streets during the day.  Because my business operates during traditional business hours, I figured the location would not hinder business.  We generally have between 70 and 100 will-call orders (where people order the product then come into our shop to pick it up) per day.

5.     In mid-2016, I saw an immediate increase in tents on the streets and sidewalks immediately outside of my business.  Today, tents consume the sidewalks at all hours and it is difficult to access my business due to the mountain of property and people walking and congregating in the street.

6.     Customers constantly tell me how difficult it is to access the building or the adjacent parking lot without hitting people walking or congregating in the middle of the street. Customers and employees must maneuver around them to avoid hitting them or an oncoming car. I have been told that when possible, customers will do business at a different store to avoid the hassle and inconvenience of trying to access our store.

-1-

DECLARATION OF HARRY TASHDIJIAN

7.    Vendors from all over the world—Italy, Germany, United Kingdom, China, etc.—visit our shop and express their shock and dismay to me that such horrendous conditions exist in Los Angeles.

8.    Because of the increase in homeless people and build-up of property outside my building, my business is at a greater risk for vandalism, violence and fire damage.  I am aware the homeless numbers have risen in Los Angeles as a whole, particularly in the Skid Row area. If there are no property restrictions in this area, but there are property restrictions elsewhere, it makes sense that there would be greater concentration of unsheltered persons here.

9.    Homeless individuals frequently urinate into or onto my building or the adjacent parking lot.

10.    There has been an increase in graffiti on my building.

11.    The increase in tents immediately outside of my building puts my business at risk to fire damage.  In fact, the fire department responds at least once a year to a tent fire that occurs immediately outside my building.  Sometimes it is an innocent accident from an open flame; other times it is intentional due to some drug dealers' disagreement.  My security cameras have caught these arsons on camera.

12.    The conditions surrounding my property have cost me great monetary expenses.

13.    Because of the immediate fire danger posed by the tents outside my building, I had to upgrade my fire monitoring system.  This upgrade cost approximately $40,000.

14.    I have also had to spend approximately $37,000 on a new security surveillance system to protect my building.  Los Angeles Police Department frequently uses footage caught on this security system for their own benefit.

15.    Theft is also a major concern.  Pallets are constantly stolen from our building and car batteries are frequently stolen from inside people's cars.

-2-

DECLARATION OF HARRY TASHDIJIAN

16.   There has also been a sharp increase in rats surrounding my building.  Rat feces is caked on all three fences surrounding my property.

17.   To address this increase in fecal matter on my property, as well as the increase in cockroaches, I have hired a pest control company and I have had the health department visit the property multiple times.

18.   The gate surrounding my property has been consistently damaged, costing me thousands of dollars in repairs.

19.   The City conducts a clean-up of the street every first and third Thursday of the month.  During this time, all tents and property are removed from the street, and the street is pressure washed.  During this cleaning time, we open the gate on Ceres for customers to use, but it is difficult to see and access and we notice a clear drop in will-call pickups during that time. my customers cannot access the building, which costs me business.  In addition, I must have security present during this time to prevent pallets from being stolen.  This is an additional cost to my business.

20.   The city's notorious Ceres Avenue trash heap is just down the street from my building. *See* Joel Grover and Amy Corral, *Rotting Trash Piles Sky-High in LA, Attracting Rats and Raising Concerns of a New Epidemic* (2019), https://www.nbclosangeles.com/investigations/Rats-Fleas-Los-Angeles-Garbage-Trash-Piles-Health-Mayor-Eric-Garcetti-510171121.html (last visited June 20, 2019). I am unable to walk anywhere in my neighborhood due to the unusable sidewalks and the deplorable conditions.

21.   I am absolutely horrified at how this city collectively has treated this homeless issue on Skid Row.  The most vulnerable are left to become prey while the predators remain unpunished.  An agreement not to enforce any property restrictions for the next several years will not only cause my own quality and basic enjoyment of life to further deteriorate but will also cause the already-inhumane conditions for persons living on the street to degrade even further.

-3-

DECLARATION OF HARRY TASHDIJIAN

1     I declare under penalty of perjury under the laws of the State of California

2  that the foregoing is true and correct, and that this Declaration was executed this

3  24 day of June at Los Angeles, California.

4

5                                                    Harry Tashdijian

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

DECLARATION OF HARRY TASHDIJIAN

## DECLARATION OF KARYN PINSKY

I, Karyn Pinsky, state and declare as follows:

1.      Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2.      My husband, son, and I live on Spring Street, between 5th and 6th street in Downtown Los Angeles.  I also work on Spring Street in the same area. Both are within the "Designated Area" identified in the settlement.

3.      In 2010 my husband and I decided to move to Downtown.  We were drawn to the architecture, history, and walkability of the area.

4.      Homeless people have always been present near our home, but in far fewer numbers.  I recall that in 2010, the only tents west of Skid Row were on Broadway street.  These tents would go up every night.  But shortly after daylight, the tents would be gone.

5.      From 2010-2016 my husband and I, and later my son, were able to enjoy many wonderful features of Downtown Los Angeles.  We regularly walked our dog along Main Street.  And, we felt comfortable walking to the many wonderful establishments and restaurants that were nearby.

6.      During this time, I felt comfortable taking my dog out late at night or walking home from dinner.  I also felt comfortable sleeping with a window cracked in my bedroom.

7.      In October 2015, my husband and I had a baby.  We were excited to raise our son Downtown because of the many parks it has to offer, the ability to take him on long stroller rides amidst the tall buildings, and the opportunity to take him to the market.

8.      Since 2016, issues with crime, drug use, and the homeless have become much worse Downtown and affected our lives drastically.

-1-

DECLARATION OF KARYN PINSKY

9.      I no longer feel safe walking around Downtown and must carefully plan my route before I leave.  For example, I do not walk on 5th Street between Main Street and Hill Street because of the number of homeless people and drug use I encounter there. The streets are often completely blocked and I do not feel safe asking them to move so I can fit my stroller on the sidewalk.  Therefore if I wanted to walk that way I would be forced to take my child into the street.  For the same reasons, I do not walk on Spring Street past the CVS on 7th Street.

10.      When walking outside, I am fearful that either my son or I will be the subject of some random act of violence.  This fear stems from dangerous encounters either me or my husband have had with individuals on the streets.

11.      Once, while sitting outside at a café on Spring Street, a homeless woman screamed and became violent towards me because she thought I was "judging" her.  Luckily, my husband and various bystanders were able to diffuse the situation.

12.      On another occasion, my husband saw the aftermath of a violent encounter between our neighbor and a homeless person.  The homeless person had hit our neighbor in the face with a 2x4 that had a nail in it.

13.      Just a few months ago, a homeless man was seated outside a café on 6th Street near Broadway, a block from our house.  The homeless person randomly pushed a stranger into the street in front of an oncoming bus.  The man fell into the street and suffered a skull fracture.

14.      These are just three examples of violent incidents I hear about or witness on a regular basis. Checking the local crime map on the LA Times website shows countless violent attacks daily – assault, rape, armed robbery. Incidents like the ones just described cause me to constantly look behind me.  I am in fear as I walk down the street that someone may attack me or my child. This was not the case when I first moved downtown in 2010.

-2-
DECLARATION OF KARYN PINSKY

15.     A neighbor of ours on a different floor was attacked in the middle of the night by someone who gained access through a fire escape window.   Now, as a result, I no longer feel safe sleeping with my window cracked even a little at night because of its proximity to the fire escape.

16.     Sexual assaults on women have increased significantly since 2015. As a woman in this area, I am terrified of being assaulted while running errands or just walking to or from a restaurant.

17.     Each time I walk outside, I witness numerous drug deals occurring, various people using drugs, and people urinating or defecating on the streets.

18.     The conditions immediately surrounding our home have gotten so dangerous that neither my husband nor I will leave the house late at night, even to let our elderly dog out.  A woman in our building was attacked twice near our building while walking her dog at night.  Since then, my husband and decided to put a diaper on our dog to avoid going out late at night.

19.     Sidewalks are now completely blocked with tents and personal belongings.  Because people cannot walk in the sidewalks, they are forced to walk in the streets.  When driving through Skid Row on 5th, 6th and 7th street I'm often afraid of hitting someone and am constantly swerving to avoid doing so.

20.     Every Saturday morning my family walks to the Flower Mart.  But, because the streets are completely inaccessible, we are forced to push our 3-year-old son in his stroller through the street.

21.     Each time I take my son outside I am afraid that he will contract one of the many diseases that are plaguing the area—Typhus, TB, Typhoid, Hepatitis A, or the Plague.

22.     To avoid disease and violence, I've stopped allowing my son to play at the park in Pershing Square, and I've stopped taking him to Story Time at the Central Library.

DECLARATION OF KARYN PINSKY

23.     Family and friends are so fearful of the disease and violence that is running rampant in the area that they will no longer come to visit.

24.     This area was not always like this. But now that city officials are no longer requiring people to limit their property and remove tents during the day, people have apparently been given carte blanche to take over public rights-of-way, defecate or urinate anywhere, and sell or use drugs.  Those with mental illnesses are not being identified and treated as they should be. I have been personally affected and have a very real interest in this issue insofar as my quality of life and basic enjoyment of my property has been severely diminished. But I also have compassion and empathy for those on the streets who are subject to the assaults (particularly women), the elements, the drug pushers, the gang members, the rats, filth, and disease.  This is no way for a society to treat its most helpless members.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed this 26 day of June at Los Angeles, California.

Karyn Pinsky

-4-

DECLARATION OF KARYN PINSKY

## DECLARATION OF CHARLES MALOW

I, Charles Malow, state and declare as follows:

1.     Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2.     I have a significant protectible interest in the settlement insofar as I live in the roughly one-square mile designated as "Skid Row and Surrounding Area" affected by the settlement.  The increase in debris, tents, and personal property on the streets prohibits my movement along the streets and puts my life in danger.  The rampant spread of obscure diseases puts my health in danger. And, the increase in violence prohibits me from leaving my home after dark.

3.     I was born on April 6, 1955.

4.     Prior to 2008, I worked as a garage door installer for 29 years.  And from 2000-2006 I worked part-time as a security guard.

5.     I became homeless in 2008 when the economy slowed down.

6.     From about May 6, 2010, to March 16, 2012, I lived on the streets of Glendora, California.  In the winter of 2011 and 2012, I stayed at a Glendora Winter Shelter.  During this time, I decided to seek help at the Union Rescue Mission ("URM") located on 545 San Pedro St., Los Angeles, CA 90013.

7.     When I first arrived at URM in 2012, police officers use to come by in the morning, and wake-up the people sleeping on the streets. They were required to pack up their belongings and stow them, so the sidewalks were not blocked. This also permitted illegal activity such as narcotics and weapons sales to be more easily discovered and therefore suppressed.  At that time, there were no tents in front of URM.

8.     I am now an Ambassador at URM.  I have been an Ambassador for a little over two years.  The Ambassador program allows a small group of men to live at URM indefinitely.

9.      Since living at URM, I have worked at Home Depot and for URM's janitorial department, known as the EVS team.  The EVS team is responsible for janitorial services and sanitation of the facilities, including the restrooms.

10.     I am aware that diseases such as Typhus have made a resurgence on Skid Row.  This makes me extremely concerned that my work with the EVS team puts me at greater risk of contracting a disease.

11.     In 2016 I noticed a big increase in the volume of tents and belongings on the streets.  This has greatly impacted my daily life.

12.     In the past three years I have seen a huge growth in the rodent problem on Skid Row.  Now, Skid Row is infested with rodents.  I have seen rats running in and out of tents when I sweep the sidewalks and gutters outside of URM.  A large contributor to this rodent problem is the volume of trash disposed of on the streets.  Because individuals living on the streets throw food and trash in the streets, rats have more than enough food to survive.

13.     There has also been a huge increase in the amount of human feces on the street which carries with it the significant risk of disease, not to mention the odors.

14.     There is absolutely no room to walk on the sidewalk, so if I leave URM I am forced to walk in the street.  Even in places where I could physically walk between the encampment and the wall, I still must walk on the streets or risk violent confrontation from people who accuse me of invading their "space."

15.     When I leave URM, I must plan my route carefully even if traveling by public transportation.  Due to an increase in crime, including narcotics sales and violent activity, I must use a car service to get back from the metro or bus station after visiting my mother in Anaheim.  I always have the car drop me off directly in front of URM to avoid dangerous encounters on the street.

16.     I do not leave URM between the hours of 4pm and 6am. I am confined to URM during these hours because I am concerned for my safety.

-2-

DECLARATION OF CHARLES MALOW

1  When I do leave, I am constantly approached and offered illegal drugs for sale. I

2  regularly see people just outside my home using illegal narcotics in the form of

3  pills, or smoking, or injecting them in front of me. I see people laying motionless

4  in gutters, often without clothes or shoes, and am constantly looking to see if that

5  person is dead or merely unconscious from drugs or alcohol.  As a person who

6  has struggled with drug and alcohol use in the past, it is particularly painful to

7  watch and experience.

8      17.    The build-up of property over the last few years is directly

9  responsible for this significant increase in crime because it allows criminals to

10  operate in relative anonymity. The build-up of property also makes it impossible

11  for health and safety workers to identify public health risks, causing disease and

12  unsafe conditions to spread right outside my home.

13      18.    As a formerly homeless individual, I know first-hand the difficulties

14  that come from living on the street.  It is my strong desire to help those who are

15  still homeless find their path out. But subjecting them to squalor and disease does

16  not help them, but only makes life unbearable for everyone.

17      I declare under penalty of perjury under the laws of the State of California

18  that the foregoing is true and correct, and that this Declaration was executed this

19  20th day of June at Los Angeles, California.

Charles Malow

DECLARATION OF CHARLES MALOW

## DECLARATION OF CHARLES VAN SCOY

I, Charles Van Scoy, state and declare as follows:

1.     Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2.     I have a significant protectible interest in the settlement insofar as I live in the roughly one-square mile designated as "Skid Row and Surrounding Area" affected by the settlement.  The build-up of tents and personal belongings on the public sidewalks greatly interferes with any traveling outside of my home, and the increase in violence on the streets of the Skid Row prevent me from leaving my home at all after dusk.

3.     I was born on March 27, 1955.

4.     I have been homeless or lived in shelters at various points in time over the last few decades. Sometime after 2010 I moved to Long Beach Rescue Mission ("LBRM"), where I lived for two or three years.  I now live in the Union Rescue Mission (URM) located on 545 San Pedro St., Los Angeles, CA 90013.

5.     I have been living at URM for three years and am part of their Ambassador program.

6.     Due to various illnesses, I am confined to a wheelchair.  As a result, I depend on Access Services, Los Angeles County's Paratransit program, when traveling further distances within the city.  Sometimes Access is available, but sometimes it is not. It is a limited program and I am regularly in danger of losing qualification for its services.

7.     The buildup of tents, personal belongings, people and debris on the public sidewalks prevent me from traveling on the sidewalks.  And, because the sidewalks are obstructed, I can only travel to the Access pick-up spot immediately outside of URM.

DECLARATION OF CHARLES VAN SCOY

8.      The massive build-up of property and tents has made the sidewalks impossible to navigate in my wheelchair.  Every day I must choose between remaining inside or risk traversing the middle of the street into oncoming traffic.  I can't even use my wheelchair on the side of the street because of the massive amounts of trash and property (and sometimes unconscious bodies) in the gutters.

9.      When I ask people to move their belongings on the sidewalk, so there is a path for me to fit my 32-inch wheelchair, I am met with threats and aggression.  I don't even ask anymore because I'm worried for my safety.

10.     I have missed important doctors' appointments and meetings because it is so difficult for me to traverse the public sidewalk.

11.     Every time I leave URM people are asking to buy drugs or offering to sell me drugs.  As a recovering addict it feels like walking into a firestorm.  So many of the tents and enclosures are used by gang members to sell drugs and weapons, people on Skid Row who have come looking for services now are simply prey for drug pushers.

12.     The increase in debris on the streets has led to a rodent infestation which carries with it the high risk of disease.  The lack of sanitation and accumulation of trash and human waste has made the streets incredibly dangerous for me.  One person I know came into contact with human feces which caused an infection and ultimately led to the amputation of his leg.  With my medical conditions, I'm particularly vulnerable to the spread of bacteria and disease.

13.     Between being forced to roll in my wheelchair directly into traffic, and the risk of disease and violence outside URM, it is simply not safe for me to leave the building.  If I need to leave to go anywhere, I am quite literally risking my own life. I am a prisoner in my own home.

DECLARATION OF CHARLES VAN SCOY

1      I declare under penalty of perjury under the laws of the State of California

2  that the foregoing is true and correct, and that this Declaration was executed this

3  24th day of June at Los Angeles, California.

4

5                      Charles Van Scoy

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHARLES VAN SCOY

## DECLARATION OF HAROLD BASTIAN

I, Harold Bastian, state and declare as follows:

1. Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2. I am a native Angeleno and known in the community as Hal Bastian. I am a proud resident and business owner of Downtown Los Angeles ("DTLA") in the City of Los Angeles ("City"). I have worked in DTLA since 1994 and lived in DTLA since 2001.

3. I own a condo in a historic building near Spring Street and 3rd Street which is within the "Designated Area" identified in the *Mitchell* settlement.

4. When I first moved to DTLA, only about 18,000 people lived here, most of them poor and disenfranchised. Since moving to Downtown, I have been involved with the DTLA Renaissance.

5. In 1994 I began working as a retail broker for Cushman & Wakefield in DTLA. I later transitioned to the role of leasing director for The Old Bank District. This was the first adaptive reuse project in Downtown that converted historical office buildings into loft apartments.

6. For the past 26 years I have been one of the leaders of the Downtown Los Angeles Renaissance. For the past 37 years, I have worked as a commercial real estate professional in Los Angeles.

7. From December 2001 to September 2014, I served as the Director of Economic Development for the Downtown Center Business Improvement District (DCBID). I eventually served as the organization's Executive Vice President.

8. During this time, I was instrumental in facilitating the building of over 22,000 housing units; leading tours and producing special events that

-1-

DECLARATION OF HAROLD BASTIAN

1  recruited thousands of new residents and resulted in the construction of dozens of

2  new commercial and mixed-used developments; and recruiting over 300 new

3  businesses, including Ralphs Fresh Fare, Bottega Louie and Whole Foods

4  Market.

5       9.     In October 2014, I formed my own consulting business that is

6  dedicated to helping build a better DTLA.  In addition to consulting, I offer

7  commercial real estate brokerage services, specialty DTLA tours for real estate

8  developers, investors, bankers, convention and affinity groups, and video content

9  for all types of clientele.

10      10.    In 2015, I created a web-based program about the great things there

11 are to do in DTLA.  My videos highlight new residential and commercial

12 developments, restaurants, and bars and nightclubs.  My videos can be viewed at

13 www.halbastian.com or on youtube.com.

14      11.    DTLA has always suffered from a huge population of mentally ill

15 and homeless people. We, as a city, chose long ago to funnel "undesirables" into

16 Skid Row to keep our afflicted out of sight and out of mind.

17      12.    In 1924 over 100,000 people lived in DTLA, but this population

18 steadily declined as we suburbanized after World War II.  What is now known as

19 "Skid Row" emerged as a haven for homeless, due to its proximity to train

20 stations, bus stations, and homeless services.

21      13.    In the 1970s, based on an agreement between City officials and

22 activists, the City instituted an official policy of "Containment" with the goal of

23 funneling and containing homeless persons to the Skid Row area.  The City

24 actively worked to make Skid Row a comfortable place for homeless people to

25 live, while making it uncomfortable for them to leave.  All homeless services

26 were moved into the Skid Row Area. The streetlights were brighter outside of the

27 area, and dimmer inside of the area. City officials would generally leave a

28

-2-

DECLARATION OF HAROLD BASTIAN

1  homeless individual alone if he or she were within the "containment" area but

2  give him or her a harder time if he or she dared to leave.

3      14.    While the City no longer has an official policy of Containment, the

4  *Mitchell* settlement certainly makes it clear that is the goal. All "undesirables"

5  will continue to be funneled into the Skid Row area (which has now expanded

6  considerably under this agreement) by allowing them unfettered access to public

7  sidewalks and unlimited property collection while continuing to enforce the law

8  elsewhere. The result is inhumane and offensive.

9      15.    Since the 2016 ruling, I have seen a stark increase in the number of

10 mentally ill and homeless persons, personal items, disease, and squalor on the

11 streets of DTLA.

12     16.    A large encampment has developed a block from my condo unity at

13 Main and 3rd Streets, preventing me from using those streets. There are also

14 people every night sleeping on the benches around the south lawn of the Police

15 Headquarters building, making it scary to take my dog there.

16     17.    Despite my large stature, I no longer feel safe walking the streets of

17 DTLA.  Walking to the Arts District is no longer possible because the sidewalks

18 are blocked with tents and debris.  The squalor is untenable and such conditions

19 would never be permitted in other, wealthier, parts of Los Angeles. The increased

20 rodent infestation from unlimited property has caused disease to run rampant in

21 DTLA and I'm afraid for myself and my dog walking on the streets.

22     18.    I had a drug and alcohol addiction problem, from 1990 to 2001. I've

23 been clean and sober for over 18 years; the only difference between me now and

24 being homeless myself is if I ever choose to drink alcohol or use drugs again. The

25 increase in narcotics use and sales I see every day in the streets outside my home,

26 along with the increased violence that necessarily comes with it, has been

27 distressing and affects my very quality of life.

28

DECLARATION OF HAROLD BASTIAN

19.     This tragedy affects all areas of DTLA, not just the "Designated Area." Beyond my own safety concerns, it is painful to watch people literally killing themselves on public streets. *See* Anna Gorman and Harriet Blair Rowan, *L.A. County's Homeless Population is Growing – But Not as Fast as They're Dying*, L.A. Times, at https://www.latimes.com/local/california/la-me-ln-homeless-people-death-unsheltered-substance-abuse-20190422-story.html (2019) (last visited June 21, 2019).

20.     The City caused this problem over the course of several decades. The situation had gotten better and now, after a series of federal lawsuits, life has gotten much worse for all residents of DTLA, homeless and housed alike.  It is time the City actually address these concerns instead of continuing down the path to destruction.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this 21st day of June at Los Angeles, California.

Harold Bastian

-4-

DECLARATION OF HAROLD BASTIAN

## DECLARATION OF ROBERT SMILAND

I, Robert "Bob" Smiland, state and declare as follows:

1.      Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2.      I am a native Angeleno and was born at California Hospital in 1956.

3.      I am participating in this litigation as an individual and resident of the City of Los Angeles. I am not acting as a representative, or in an official capacity on behalf of an organization in any way.

4.      I own a home on the corner of Fourth and Alameda, directly overlooking Skid Row. I have resided at this location for the past seven years.

5.      I am the President and CEO of Inner-City Arts, located at 720 Kohler Street, Los Angeles, California. This is within the "Designated Area" affected by the settlement. I was appointed to my current position in 2013.

6.      Inner-City Arts is a program for elementary, middle, and high school students who receive instruction in a range of subject areas within the visual, performing, and media arts. We serve almost 10,000 students per year, and are open 6 days a week from 7:30am to 9:30pm. As the CEO and President, I am directly responsible for the safety of my students and staff.

7.      I have a significant protectible interest in the settlement insofar as I both live and work in the roughly one-square mile designated as "Skid Row and Surrounding Area" affected by the settlement. The increase in squalor, disease, and violence threatens the well-being of me, my co-workers, and the hundreds of students I work with on a daily basis.

8.      Because of where I live and work, I am on the streets of Skid Row every day traveling either for work or personal reasons.

9.      Over the past 7 years I have seen a drastic change in the area surrounding my home. There has been an increase in the number of homeless

-1-

persons, the number of tents pitched on the sidewalks, and the amount of trash and debris scattered on the streets. I have also seen an increase in traffic accidents caused by pan handlers and sidewalk blockades.

10. There has also been an increase in violence in the area. This increase in violence has led to a significant increase in ambulances outside my home. My apartment building, consisting of 53 residents, experiences at least one break-in a week. Neither my visitors, nor I, can leave our cars on the street overnight, as cars left overnight are frequently vandalized. There has been an increase of gun shots, and other violent noises in the area.

11. I have also observed a radical increase in tents and street inhabitants over the last year outside where I work. The conditions surrounding the Inner-City Arts building have greatly affected the organization's staff and students.

12. The increase in tents, people, and personal belongings stored on the sidewalks has at various times created a complete blockade, preventing staff and students from walking to the school. Because of this blockade, those staff members that rely on the 7th and Pedro bus stop, roughly 6 blocks away, are forced to walk in the street the entire way.

13. Staff members no longer walk to work out of fear that they will be hurt by those living on the streets.

14. Despite my large stature (6 foot 5 inches), I do not feel safe walking the 40 yards from the school to the post office during the day. Each time I make this walk I am confronted by multiple people who appear to pose a threat to my safety.

15. It is no longer safe for students to walk between their schools alone, and instead, must be escorted by staff members of the Central City East Association.

-2-

DECLARATION OF ROBERT SMILAND

1

2

3

4

5

6

7        16.    The school has experienced a sharp increase in vandalization.  Once

8  a rare occurrence, we now find new graffiti on our buildings weekly.  This is also

9  very costly for the school.

10       17.    There has been a sharp increase in break-ins to the campus over the

11  past year.  These break-ins are a major safety concern for the school, its staff, and

12  its students.

13       18.    Because of the increased danger, violence, and vandalization, the

14  school's security costs have risen from minimal to over $80,000 per year.  The

15  school has also been forced to install a fence for protection, a large capital

16  expense that lowers the architectural look of the property.  And, these expenses

17  are extremely difficult for a nonprofit to shoulder.

18       19.    As someone who both lives and works within the Designated Area, I

19  question why I and others like me are being treated differently than another

20  similarly situated individuals living and working outside of this area.  I am

21  subjected to violence, garbage, narcotics use, offensive odors and sounds, and

22  forced to walk in the middle of the street whereas another individual who lives

23  and works outside of this geographic area is not subject to these same issues. Not

24  only is this unequal treatment, it also funnels these problems into the Area,

25  increasing the homeless population density and making the property issues even

26  worse.

27       20.    It is important to distinguish the difference in life in the Designated

28  Area from 2016 to now. The homeless population in the Designated Area has

-3-

DECLARATION OF ROBERT SMILAND

1  increased significantly while the property and trash build-up has gone unchecked.

2  The combination of the two means a much denser homeless population with

3  unlimited property which has led to an out-of-control rodent infestation, with its

4  associated diseases. I see people using or selling drugs nearly every day, whereas

5  before it was a rare occurrence. The increased crime and violence within this area

6  as a direct result of the lack of property restrictions has affected my quality of

7  life. This settlement is only going to increase these difficulties.

8

9      I declare under penalty of perjury under the laws of the State of California

10  that the foregoing is true and correct, and that this Declaration was executed this

11  22 day of June at Los Angeles, California.

12

13  Robert Smiland

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

## DECLARATION OF DONALD SHAW

I, Donald Shaw, state and declare as follows:

1.     Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2.     I grew up in South Central Los Angeles and was placed in foster care as an infant.  At about age 4 or 5, I was declared a ward of the court and raised in a foster home until I was 9 or 10 years old.

3.     I was a difficult kid and got into a lot of trouble. At age 12 I stayed at a couple of youth homes, including Julius Boys Home, but no matter what, I just continued to get into trouble.  In 1989, when I turned 18, I was taken to the Winegart.  The Winegart was located in downtown Los Angeles where you could rent a room for $10 dollars a day.

4.     At that time people were not living on the streets.  People lived in motel or hotel rooms and you had to do something to pay rent, so for me that meant stealing and selling drugs.

5.     When I first arrived downtown, I knew of Skid Row.  But, Skid Row in the late 80's was not like it is now. Back then, there were no tents on the streets.  The young people that lived there lived in a hotels or motels like the Rosslyn Hotel, or the Sea Shore Motel, or they stayed in freelance motels.  Single Room Occupancies didn't exist back then, so if you didn't want to sleep on the street you'd have to go to a motel or hotel.

6.     At that time, I counted maybe one or two tents, total, along the streets.  Streets were not blocked by personal property like couches or mattresses, and you could easily walk down the street.  And, unlike today, if LAPD asked you to move your stuff, you had to move your stuff.

7.     I have now been downtown for almost 25 years.  During this time, I got mixed up in using and selling drugs.  I've had at least 14 drug related cases

-1-

1  against me.  And, I've been in and out of jail as a result of my involvement with

2  drugs.

3        8.    When I got out of jail in 2012, I knew it was time for a change.  I

4  entered the Midnight Mission (the "Mission") for the first time, but only stayed

5  for 3 days.  I didn't even give myself a chance.  I went back to the streets and

6  stayed there for another year.  When I was arrested again, I was told that I needed

7  a drug rehabilitation program.

8        9.    I came back to the Mission in 2013 and stayed for 10 months.  I was

9  beginning to have the kind of life that I had always wanted.  I was off of parole

10  and probation and I was finally able to go home with my family.

11        10.    It seemed like things were going my way but because of a personal

12  situation, I found myself returning to the Mission a few months later in 2014.

13  The good news is that I stayed and graduated from the program in 2015.  After

14  graduation I was offered employment with the Mission and began working as a

15  security associate.  I started out part-time, but in 2016 I was promoted to lead

16  supervisor and then in 2017 I was promoted again to assistant manager of

17  security.

18        11.    A few months ago, I was promoted to residential manager. I oversee

19  a one-year drug and alcohol program, helping 150 men get help.  I serve as the

20  floor manager for the program and perform intakes, which means I'm in charge

21  of making sure that every man feels comfortable and that their stay is a little bit

22  easier.  I make sure they have clean clothes to wear and that they have what they

23  need to maintain their personal hygiene.

24        12.    While working as the assistant manager, I became the liaison

25  between the Mission and the LAPD.  I represented the Mission at all of the

26  LAPD meetings.  In attending these meetings, I began to understand the

27  challenges LAPD has in the Skid Row area.  Specifically, I learned how LAPD

28

-2-

DECLARATION OF DONALD SHAW

1  has their hands tied when it comes to enforcing laws in Skid Row, especially

2  with their ability to clear the streets of personal property.

3        13.    During these meetings, I informed LAPD how concerned the

4  Mission's security team, and I, were about the hazards personal property created

5  outside the Mission.  I also asked LAPD multiple times if they could help us get

6  people to move their stuff off of the Mission's walls or keep their property from

7  blocking entrances.  LAPD seemed understanding of our problems, but there was

8  little they could do.  To my understanding, as long as the homeless people were

9  not committing a crime, there was nothing LAPD could do.

10        14.    Through my work as the Mission's liaison, I got to know Officer

11  Joseph, from the Central Division.  Officer Joseph used to help the Mission by

12  asking homeless people to clear their belongings from the wall.  But this never

13  lasted long.  The Mission provides three meals a day, and as soon as the food

14  distribution began, people would be right up against the walls again, and so

15  would their belongings.

16        15.    Recently the Mission turned some outside bathrooms into

17  operational hygiene centers, a place where a person can come get a shower and

18  go to the restroom in peace.  The Mission has placed an attendant in each room to

19  make sure people are not using drugs in the restroom.  This has greatly decreased

20  the amount of crime in the area.

21        16.    For the last three years, I have lived around the corner from the

22  Mission at Ballington Plaza.  Ninety percent of the time I will walk to work, but

23  because of the crowded sidewalks and camps set up along the street, I will have

24  to walk in the middle of the road to get to work because tents are blocking the

25  whole sidewalk.  It makes me upset that I have to walk in the street to get to

26  work.  On at least two different occasions, I was nearly hit by a car while trying

27  to get to work.  Handicapped individuals are in even greater danger, as one

28

-3-

1  wrong step could end their life.  No individual should have to risk his or her life

2  by walking in traffic just to get to where they need to go.

3      17.    It's common knowledge to anyone that lives or works in the area

4  that you just don't go outside out at night.  It's too dangerous to do so.

5      18.    There has been a rapid increase in violence in Skid Row.  The

6  LAPD do their job, but drugs are basically legal now a days.  Back in the day, if I

7  was caught and arrested with cocaine, I knew I wasn't getting out tomorrow or

8  next week.  Because I had a record, I knew I was going to county jail for a while

9  or going to prison.  Now, when someone is arrested for drugs, they're out on the

10  street the next week.

11      19.    Knowing where I came from, I believe that the laws now are too lax

12  – especially for drugs.  If I hadn't suffered the consequences of my drug history,

13  I wouldn't have had the opportunity to clean up and change my life and start to

14  build a better life for myself.  The people out on the streets don't suffer the

15  consequences of their behavior.  Everyone is just looking the other way while

16  they are out doing drugs on the street in the middle of the day.

17      20.    I am frightened for the future of the neighborhood and the Mission

18  where I have built a new life for myself. Skid Row just went through a typhus

19  outbreak.  Nothing is being done to resolve the problems, it feels like we are all

20  living here in defense mode, just fighting to survive and trying to avoid the

21  dangers that are literally breaking down our walls.

22      I declare under penalty of perjury under the laws of the State of California

23  that the foregoing is true and correct, and that this Declaration was executed this

24  24th day of June at Los Angeles, California.

25

26  _____
    Donald Shaw

27

28

-4-

DECLARATION OF DONALD SHAW

## DECLARATION OF KYLE HARPT

I, Kyle Harpt, state and declare as follows:

1. Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2. I live at 112 W. 5th Street, in Los Angeles. I have lived at this address for about a year.

3. I grew up on the border of Long Beach and came to Los Angeles when I became homeless. I had been living with my parents, but they kicked me out because of my drinking and drug problem.

4. On July 5, 2016, I enrolled in a program at the Midnight Mission (the "Mission"). I came to the Mission because of the facilities and the programs it offered. I stayed at the Mission for a year and a half.

5. Following my stay at the Mission, I have remained sober for three years.

6. After graduating from the Mission, I moved to 5th and Main Street, within the Designated Area. I continue to see the dire circumstances afflicting Skid Row on a daily basis, and I remain fearful of the increase in violence, unchecked drug use, and exploding sanitation and disease problems that continue to plague the Skid Row area.

7. I was completely shocked when I arrived in Downtown Los Angeles. I had never been in a place where people were allowed to camp on the streets. And I was overwhelmed by the sheer volume of tents. Tents were everywhere I looked.

8. I heard constant chatter about rare diseases that were spreading like wildfire through the streets of Skid Row. This fear of disease didn't surprise me, as I knew the streets and sidewalks were full of human and rodent feces. In fact,

-1-

DECLARATION OF KYLE HARPT

I frequently saw people defecating on the streets. Concerned for my health, I got various vaccinations, including the vaccine for Hepatitis A to protect myself.

9.    I also see that cleaning crews will occasionally come through the area, power washing the streets and sidewalks. But, efforts to sanitize the sidewalks are fleeting. Almost immediately after the cleaning crews are done, the streets are once again filled with personal property, tents, debris and feces.

10.    In fact, the build-up of personal property makes it impossible to walk along the sidewalks. Instead, I am forced to walk in the street, at all hours of the day, merely to reach my destination. This obviously puts me at great risk of getting hit by a car.

11.    The lack of enforcement of laws in the Skid Row area, something this settlement will perpetuate, has resulted in an increase in drug use and violence.

12.    Violence in the area is a common occurrence. And, people living on Skid Row seem emboldened to do whatever they want on the streets, because they know the law will not be enforced. For example, one day, I was robbed at knife point right outside of my house, in broad daylight. The offender pulled a knife on me and stole my bicycle. I see violent altercations between individuals on the streets that leave me fearing for my own safety.

13.    People brazenly use drugs on the street because they know the police will not stop them. Each time I walk down the street I see people smoking meth out of glass pipes or smoking crack. And, I am constantly accosted by individuals attempting to sell me drugs. More distressing is the fact that I have never once seen any city official do anything about this flagrant use of drugs.

14.    I currently work at the Mission doing data base work. To avoid dangerous areas and altercations in Skid Row, I use a set path that is well out of my way, to get to and from work. I am particularly diligent about avoiding Skid Row at night, as I know that the area becomes extremely dangerous after dark.

DECLARATION OF KYLE HARPT

15.   Because of how dangerous the streets are at night; I do not enter the Skid Row area unless it is absolutely necessary.  It's simply too dangerous to even attempt to go anywhere at night.

16.   It's extremely upsetting to me that the City knows how dangerous Skid Row has become.  And, what's worse, is that by entering into this settlement, the City seems to be affirming its desire to let these dangers persist. By entering into this settlement, the City is ignoring the well-being of the countless individuals like myself who now live and work in the Skid Row area and who are attempting to create a better life for themselves.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this 21st day of June at Los Angeles, California.

Kyle Harpt

06|24|19

DECLARATION OF KYLE HARPT

# **DECLARATION OF LARRY RAUCH**

I, Larry Rauch, state and declare as follows:

1. Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2. I am the President of Los Angeles Cold Storage Company located on 400 South Central Ave, Los Angeles, CA 90013 which is within the "Designated Area" identified in the settlement. I have worked for Los Angeles Cold Storage for over 45 years.

3. Los Angeles Cold Storage is a public refrigerated warehouse that stores frozen and refrigerated foods for hundreds of customers.

4. Los Angeles Cold Storage is owned by Standard Southern Corporation. My family owns Standard Southern Corporation.

5. I am one of the founding members of the Central City East Association (CCEA). I have been Chairman of CCEA twice and have also sat on the Finance and Executive Committees.

6. I am the past Chairman of both the International Association of Refrigerated Warehouses and the World Food Logistics Organization. Both are international organizations representing my industry.

7. I am a past Chairman of the Jewish Family Service, the oldest Jewish social service agency in Los Angeles. Also, I am a past Chairman of the Jewish Community Foundation.

8. Over the past three years, there has been an explosion in the population living on the streets near Los Angeles Cold Storage. This rapid increase in the population has resulted in dangerously unhealthy living conditions and a sharp decrease in sanitation. With the increase in individuals has come an increase in personal property, trash, and human feces, all which line the streets that I, my employees, and my customers depend on daily.

DECLARATION OF LARRY RAUCH

9.      Given the nature of our business, sanitation and health conditions in the immediate area surrounding the facility are a high priority for us.

10.      Our facility is inspected by a variety of government agencies including: the Food and Drug Administration (FDA), the United States Department of Agriculture (USDA), the United States Department of Commerce (USDC), the Los Angeles City Public Works (Sanitation), the Occupational and Safety Administration (CAL OSHA), the Los Angeles County Health Department (Environmental Health), the Los Angeles City Fire Department, departments: 1) Fire Safety and 2) CAL/ARP, Los Angeles County Fire Department (HAZMAT), the City of Los Angeles Public Works (Watershed Protection Division and Industrial Waste Management Division), and the State of California Department of Public Health (Food and Drug branch).  Our ability to remain operational and profitable as a business depends on our compliance with each of the organizations listed above.

11.      Because of the increase in squalor, feces, and trash, we are forced to wash our sidewalks down every morning before 6:00 am to ensure our employees and truck drivers do not bring the unsanitary conditions from the street into the warehouses or offices.

12.      Efforts to remain sanitary are made even more difficult by the rodent infestation on the nearby streets.  Trash left out by those on the streets ensures that the rodents are well fed each day and continue to maintain a home on the streets, which in turn creates health risks for those living on the street and working and living in the area.

13.      Some of our customers expect that we also get audited and certified by the British Retail Consortium ("BRC"), a global safety and sanitation program.  We hold an AA certification, the highest possible level, with BRC. Our customers expect us to maintain this high-level certification.  The worsening conditions of Skid Row puts us at great risk of not passing BRC's inspection or

-2-

1  maintaining our AA certification status.  And failure to pass this inspection

2  would lead to a large loss of business.

3        14.     The increase in debris on the streets, lack of sanitation, and the

4  rampant rodent infestation carries with it a high risk of disease. This increase in

5  disease threatens the well-being of our employees.  And, the lack of sanitation

6  and accumulation of trash and human waste outside puts us at in danger of not

7  passing these audits.

8        15.     We continue to incur significant additional security costs to protect

9  our property and avoid graffiti.  In addition, we have had to install extra cameras

10  and lighting to protect our buildings.  We have hired a security guard to monitor

11  the safety of our building throughout the night.  And, we escort our employees to

12  their vehicles.  Security costs have almost doubled from previous years to

13  $150,000 per year.

14        16.     In addition to an increased risk of disease, in the past, our

15  employees have been put in danger on their commute to work.  Because the

16  sidewalks were completely blocked with individuals, personal belongings, and

17  tents, employees were forced to walk in the middle of the street to access the

18  parking lot.

19        17.     Employees experienced harassment on multiple occasions in the

20  forms of pan handling or individuals exposing themselves.  These pan handlers

21  create even greater danger for those of us in the street, because when they

22  approach cars for money the cars swerve to avoid them.  The number of

23  individuals in the street causes a great danger to vehicles passing through, and for

24  vehicles entering and leaving our facility.

25        18.     The build-up of individuals and their property in the streets has led

26  to an increase in violence in the area.  Now, my employees must be escorted to

27  and from their cars in order to avoid harassment from those living on the streets.

28

-3-

DECLARATION OF LARRY RAUCH

1   And, we have experienced an increase in theft and physical damage done to our

2   cars.

3       19.   I experience the homeless crisis daily and am saddened by the

4   circumstances in which these individuals are forced to live.  However, even more

5   distressing is the City's deliberate choice to enter into a settlement that will

6   intensify the poverty, squalor, violence and disease that is rampant in Skid Row.

7       I declare under penalty of perjury under the laws of the State of California

8   that the foregoing is true and correct, and that this Declaration was executed this

9   24th day of June at Los Angeles, California.

10

11                                           Larry Rauch

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LARRY RAUCH

## <u>DECLARATION OF MARK SHINBANE</u>

I, Mark Shinbane, state and declare as follows:

1.     Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2.     I am the President of Ore-Cal Corporation located on 634 Crocker St., Los Angeles, CA 90021 which is within the "Designated Area" of the settlement in this case.  Ore-Cal Corporation is an international seafood importer, processor and distributor.  It is a second-generation family-owned-business and we have owned property in the general area since 1961.  Ore-Cal has been located on 634 Crocker Street since 1971.

3.     Three years ago, Crocker Street and other streets in our vicinity—such as 6th Street, 7th Street and Towne Avenue—were free of encampments. There were small homeless encampments west of San Pedro Street on San Julian Street and Wall Street. Property was generally kept contained, crime was generally addressed, and the sidewalks were usable.

4.     Immediately following the 2016 ruling, Crocker Street, 6th Street, 7th Street and Towne Avenue became a haven for homeless individuals.  Very rapidly, the streets filled with tents and encampments, inundating the area.

5.     Since then, we have faced an increase in violence and an inability to traverse the sidewalks.  Individuals are always loitering, and encampments often block sidewalks, doorways, driveways, and streets.

6.     There is now rampant and obvious drug use and its associated side effects including people walking in a perpetual drug-induced state and bodies lying on the sidewalks or doorways near our business.  There has been an increase of used needles on the streets, sidewalks, and inside drains located on our property.

-1-

DECLARATION OF MARK SHINBANE

7.     Based on conversations with LAPD Officers and Detectives in the area, I am aware that gang members are supplying narcotics to homeless individuals right outside our business.

8.     There has been an increase in violence with both homeless (as victims and perpetrators) and gang members.  My employees and transportation drivers are frequently assaulted or threatened by homeless individuals.  Illegal entry onto our property, car break-ins, and thefts are a now a common occurrence.

9.     My property and business are at an increased risk of fire because of the encampment fires that surround the property.  This danger is made worse by the huge quantities of trash and debris that litter our street and surrounding neighborhood.

10.     The conditions of the street are worsening and there has been a significant increase in rats and vermin as well as urine and feces in our gutters and on our property.

11.     These conditions have made it extremely difficult to hire new workers, and we have lost many well qualified candidates due to the unpleasant neighborhood and environment.

12.     I have had at least 10 candidates for administrative or managerial roles decline an offer because of concern for their safety or the conditions in the area.  Approximately 25-40% of candidates decline offers or interviews based solely on the location. This never used to be the case.

13.     In order to combat some of the deteriorating conditions, we have completely fenced in our property to prevent individuals from camping on our grounds and to keep the used needles from being fed into our exterior drains from the rampant narcotics use.

14.     I was forced to replace roll up doors and add sections of fence due to individuals constantly urinating on them, a cost of $25,000.

-2-

DECLARATION OF MARK SHINBANE

15.     Additionally, I have had to significantly increase our exterior maintenance by washing and sanitizing the perimeter of our facility daily. In some cases, we have to clean multiple times a day, in order to maintain cleanliness.  I spend $5,000 a year—a cost I did not previously have—on maintaining the perimeter of the property.

16.     In fact, one staff member now dedicates 25% of his time to maintaining the perimeter and external areas of our facility.  This cost is around $10,000 per year.

17.     I invite the court to watch the following footage: https://abc7.com/society/las-homeless-aerial-tour-of-skid-row-epicenter-of-crisis/5344680/

This is a video that was taken on June 13, 2019 by Chris Christi and posted on ABC7.com with his commentary.  Based on my own knowledge and experience, it accurately depicts the conditions on Skid Row that day. Specifically, at 0:32-1:00 the video shows the corner of 6th and Crocker within a couple hundred feet of the building. The video shows mounds of trash with tents, structures, and other property completely blocking sidewalks and spilling into the streets.

18.     Every day I and my colleagues and employees, live with this right outside our doorstep. Every day I hear police or ambulance sirens, fights, yelling, and complaints by employees about some new incident. Every day I endure the odor of urine, feces, and rotting filth. Every day I see drugs being sold or used, see human beings walking around like zombies or passed out in gutters in a drug-induced coma. Every day, I am subject to risk of disease, assault, or fire. Every day I risk my own health and safety, and that of my family, just to come to work.

19.     Three years ago, the conditions in my area were not nearly as bad. I understand the Court did what it perceived was necessary at the time. But conditions have gotten so much worse since the injunction was issued. Instead of

-3-

DECLARATION OF MARK SHINBANE

1   finding a workable solution that will protect <u>everyone's</u> rights, the city has

2   stagnated. The result is horrific for those of us who live and work in the

3   Designated Area, and inhumane for those who live on the streets and are subject

4   to it daily.

5         I declare under penalty of perjury under the laws of the State of California

6   that the foregoing is true and correct, and that this Declaration was executed this

7   24 day of June at Los Angeles, California.

8

9                             Mark Shinbane

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

DECLARATION OF MARK SHINBANE

## DECLARATION OF GALVESTER GAULDING

I, Galvester Gaulding, state and declare as follows:

1. Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2. I currently live at the Midnight Mission (the "Mission"). I have lived at the Mission for the past 14 months.

3. I have struggled with drug and alcohol abuse for the past 20 years, and in 2005 became homeless and ended up in jail due to drug-related issues.

4. From 2007-2008 I lived in a halfway house. During this time, I started attending meetings. But I was still fighting addiction and going back and forth between rehab and the hospital.

5. After spending time homeless in Culver City, I eventually made my way downtown, after I was told I could find a hot meal there.

6. I arrived at the Mission in March 7, 2018. I had never been to Skid Row before, and I was terrified at what I saw. The first thing I saw when I arrived was people doing drugs and having sex directly in front of the police station. Now, I regularly see naked people walking around the streets.

7. When I first arrived at the Mission, I worked in the courtyard. Over the past 14 months, I have come across at least ten bodies, many from drug overdose. This also happens on the sidewalk surrounding the Mission. And, I have also seen multiple stabbings in the courtyard.

8. The streets are extremely dangerous, and I will only go outside during the day if necessary. When I do walk on the streets, I only walk to the bus stop and back, and I constantly look over my shoulder. I am constantly scared that someone will jump me.

9.     On many days, it feels nearly impossible to stay clean.  In fact, as someone trying to remain clean and get my life on track, I can't go outside because I know immediately when I step outside someone will offer me drugs.

10.     When I got to the Mission, I was told that if I finished the drug and alcohol program, they would give me the resources I needed to find a place to live.  I finished the program and have my Section 8 voucher.  But I find it nearly impossible to leave the Mission because of the rampant drug use and homelessness surrounding the Mission.

11.     So far, the only Section 8 housing available has been on Skid Row. I have turned them down because the area is overrun with drug dealers, drugs, diseases, rats, roaches, tents and feces.  These conditions threaten my sobriety and my safety and I cannot stay.

12.     As a former addict who has struggled with this disease for my entire life, I am scared to enter the streets at any time of day.  Each time I step outside the mission, I am offered drugs.  And, because so many of the people on the streets are high or are suffering from mental health issues, I never know when they will snap.  I am constantly afraid I will be attacked.

13.     It sickens me to know that Skid Row has become a place where individuals come to die.  People from all over Los Angeles know that it's easy to access drugs and alcohol on Skid Row.  Because of this, people are flocking to Skid Row to take advantage of the rampant drug culture and lack of enforcement of laws.

14.     I am lucky that the Mission saved my life, but that's not the case for so many others.  It's time for the City to step up and do something positive for the individuals living in Skid Row.  This settlement will only perpetuate the endless cycle of relapse that plagues so many people living in Skid Row.  And, it implicitly affirms LAPD's lack of enforcement of various laws that could potentially help those afflicted by addiction.

-2-

DECLARATION OF GALVESTER GAULDING

1    I declare under penalty of perjury under the laws of the State of California

2    that the foregoing is true and correct, and that this Declaration was executed this

3    24th day of June at Los Angeles, California.

4

5    For Galvester Gaulding

6    SIGNED WITH VERBAL AUTHORIZATION

7    DUE TO LACK OF ACCESS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

DECLARATION OF GALVESTER GAULDING